HOWE v. SELBY ET AL.

1. **Surety:** PROMISSORY NOTE. A surety on a promissory note can only
be held liable thereon to the payee, or some one claiming through him.

*Appeal from Clarke District Court.*

THURSDAY, JUNE 10.

ACTION upon a promissory note drawn payable to the order
of H. M. Hale, and signed by the defendants I. N. Selby, D.
Webster and T. A. Morrow. The two last signed as sureties,
and with the agreement that Selby was to secure the note by
a chattel mortgage before he should deliver it. No mortgage
was ever executed, nor was the note ever delivered to Hale.
It was delivered to the plaintiff Howe, who advanced money
upon it to Selby, or for his benefit. Webster and Morrow
alone defend. There was a trial without a jury, and judg-
ment was rendered in favor of Webster and Morrow. Plain-
tiff appeals.

*McIntire Bros.*, for appellant.

*Stuart Bros.*, for appellees.

ADAMS, CH. J.—No liability upon this note as against
Webster and Morrow could accrue except to Hale, the payee,
1. SURETY: or to some person claiming through him. *Dewey*
promissory
note. *v. Cochran*, 4 Jones (N. C.), 184; *Southerland*
*v. Whittaker*, 5 Id., 5. We have seen no case where a differ-
ent rule has been held. The plaintiff does not claim through
the payee, and the judgment must be

AFFIRMED.